AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PETER ANTHONY CHIN, JR. | ) | Case No. |
| | ) | 18-mj-4072-DHH |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
Between On or about the date(s) of ___3-7-12 to on or about 6-1-17___ in the county of ___Bristol, and elsewhere___ in the
District of ___Massachusetts & elsewhere___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 1349 | Conspiracy to commit mail and wire fraud. |

This criminal complaint is based on these facts:

See Attached Affidavit of ICE/HSI Special Agent Eric Mackin.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE/HSI Special Agent Eric Mackin
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Feb 20, 2018**

_____
*Judge's signature*

City and state:          Boston, MA

Chief Magistrate Judge David H. Hennessy
*Printed name and title*