## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Eric Mackin, being duly sworn, state as follows:

### INTRODUCTION

1.      I am a Special Agent with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI).  I have been employed as an ICE/HSI Special Agent since 2008 and am currently assigned to the Boston, Massachusetts, office, where my primary responsibilities include investigating violations of U.S. Customs law and transnational criminal activity.  Prior to this position, I was employed as a financial intelligence analyst specializing in anti-money laundering analysis within the private banking sector.

2.      This affidavit is being submitted in support of a complaint charging Peter Anthony Chin Jr. ("P. Chin") with conspiracy to commit mail and wire fraud, in violation of 18 U.S.C. § 1349.

3.      The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

### THE INVESTIGATION

4.      Since approximately March 2014, I have been involved in the investigation of a fraudulent sweepstakes or lottery scheme, hereafter referred to collectively as "lottery," which is believed to originate in Jamaica.  Between 2010 and 2017, the lottery scheme has targeted numerous United States victims, including at least one victim  based in Massachusetts, who range in age from approximately 69 to 90.  The victims have been advised, through telephone calls and

1

by email, that they have won millions of dollars in the lottery but that they must first pay taxes and fees on their winnings before the funds can be released to them.  To date, the investigation has revealed multiple known victims to have lost at least $2 million which they wired or mailed to various individuals associated with the scheme. No victims have ever received any of their purported winnings.

5.    This investigation has revealed that, on numerous occasions, Chin, along with his wife, Laquanda Chin, ("L. Chin") have been the direct or indirect recipients of funds solicited from these victims. The Chins have received these funds through various means, including by checks delivered by U.S. mail to their residence in Atlanta, Georgia, and through wire transfers into their bank accounts and through money transfer services.

6.    As will be discussed in greater detail in this affidavit, some victims were directed to send the purported taxes or fees on their lottery winnings directly to the Chin residence or to bank accounts controlled by the Chins.  In other instances, P. Chin and/or L. Chin received a portion of the funds from co-conspirator Vladimir Wilder Merelan ("Merelan"), a New York resident who was charged and convicted of wire and mail fraud conspiracy in 2016 in the District of Massachusetts for being the U.S. conduit of more than $800,000 in fraudulent lottery proceeds from victims in the U.S. to co-conspirators in the United States and in Jamaica.

7.    Summary accounts of several of the victims of the scheme, based on victim interviews and review of bank, wire and other records, are set forth below.

## Victim 1[1]

8.      Beginning in approximately 2010, Victim 1 ("V1"), who was then 67 years old and lived in Farmersburg, Indiana, received a series of telephone calls at his residence from a man who identified himself as "David Spineburg."  Spineburg spoke with a Jamaican accent and always called from a telephone number with an "876" prefix, which I understand to be a prefix associated with telephone numbers in Jamaica.  Spineburg told V1 that he had won $1,750,000 in the USA Lottery Sweepstakes but that V1 had to pay a fee to avoid paying taxes on the winnings.   At Spineburg's direction, over the next approximately two years, V1 sent Spineburg and others, including Merelan and L. Chin, approximately $100,000 through Western Union, Green Dot stored value cards and wire transfers.[2]  For example, on March 7, 2012, V1 wired $11,000 to Merelan's TD Bank account, ending in – 7177, on which Merelan was the sole signatory.    On March 17, 2012, V1 sent $2,509 through Western Union to a recipient identified as Laquanda Bray, with an address of 4087 Hammack Trace, College Park, Georgia.   U.S. Postal databases indicate that the Chins resided at 4087 Hammock Terrace in College Park, Georgia, from July 2011 to June 2012. A marriage license from Fulton County, Georgia, records show that Bray was L. Chin's maiden name.  (They were married on January 28, 2012.)

---

[1] The victims identified in this affidavit are known to law enforcement but their identities are not revealed in order to protect their privacy.

[2] A Green Dot stored value card is one example of a prepaid card, that is, generally speaking, a payment card with a monetary value stored on the card itself, not in an external account maintained by a financial institution. Prepaid cards are sold at a wide variety of retailers, banks and online outlets and generally may be used in the same way as credit or debit cards. Consumers may load money onto the cards repeatedly. Accessing and using the funds may be accomplished with possession of the card or knowledge of the card's number.  Another difference between a prepaid card and debit and credit cards is that debit and credit cards are usually issued in the name of individual account holders, while prepaid cards may be anonymous.

**Victim 2**

9.       In early 2013, Victim 2 ("V2"), a then 72-year-old man who resided in Taunton, Massachusetts, received a series of telephone calls at his residence.  The male caller, with an accent, identified himself as "Michael Stuart," claimed to be with the "Winners International Network" ("WIN"), and said that V2 had won $800,000 with the WIN sweepstakes.  Stuart told V2 that V2 had to pre-pay the taxes to the IRS before any money could be released to him.  I reviewed V2's telephone bills and saw that Stuart called from numbers with an 876 prefix, which I understand to be associated with telephone numbers in Jamaica.

10.       Around the same time that Stuart told V2 of his purported WIN lottery winnings, V2 started to receive solicitations in the mail and by telephone from individuals claiming to be representatives of other lotteries, including Publisher's Clearing House and MegaMillions, advising V2 that he had won millions of dollars in those lotteries as well. V2 told Stuart of these other winnings and Stuart told V2 that V2 could only claim lottery winnings once every two years, but that V2 could claim his winnings from all three of these lotteries if he made the claim through WIN.  Stuart told V2 that V2 had won more than $6.3 million if he combined the winnings from the three lotteries.  Stuart further told V2 that the first $3 million was tax free and V2 would have to pre-pay the taxes on the remaining winnings before the money could be released to him.  V2 decided to claim all of the lottery winnings through WIN.

11.       On or about March 1, 2013, V2 mailed Eastern Bank treasurer's check number 01270527 in the amount of $93,633.33 and made payable to Wilder V. Merelan to Merelan at his West Hempstead, New York address.  The package was delivered on March 2, 2013 and Merelan deposited the check into his TD bank account ending in -8321 on March 4, 2013.  Merelan was the sole authorized user of this account.

12.     On March 20, 2013, a $25,000 wire transfer was sent from Merelan's TD Bank account -8321 to L. Chin's SunTrust Bank account -3059.  L. Chin opened the account in July 2010 (in the name of Laquanda Bray) and changed the name on the account (to Chin) in May 2012.  She is the sole authorized signatory on the account.

13.     On March 21, 2013, an over the counter cash withdrawal of $25,000 was conducted from L. Chin's SunTrust Bank account -3059.  The SunTrust Bank withdrawal slip reflects a signature of Laquanda Chin with the noted identification of Georgia driver's license number xxxx3397.  That driver's license number was assigned to Laquanda Chin with an address of 410 Tarragon Way, Atlanta, Georgia, which is where U.S. Postal databases show the Chins lived at the time.

14.     V2 continued to mail or wire funds to Merelan through at least July 2014.  V2 also continued to receive communications, including by fax, on either WIN or purported IRS letterhead, as late as February 2015, congratulating V2 on his winnings or notifying V2 of his outstanding "tax" balance.

**Victim 3**

15.     In February 2015, Victim 3 ("V3"), a then 82-year-old woman who resided in Pearl City, Hawaii, received a series of telephone calls at her residence.  The first male caller said he was from WIN, that V3 had won the Megabucks Lottery from Las Vegas and that he would deliver the winnings to her.   In order for V3 to claim the winnings, however, she had to pay $200 via a Green Dot stored value card.  V3 bought the $200 Green Dot card and provided the male caller with the Green Dot card number for him to redeem the $200.  V3 did not receive the lottery winnings.

16.    Sometime after February 2015, another caller, a woman who identified herself as "Patricia Moore," told V3 that V3 had won $2.5 million dollars in a lottery and that V3 needed to send money to release the prize.  Moore said she worked for Bank of America and would help V3 obtain the prize money.

17.    At Moore's direction, in March 2015, V3 sent a total of $8,000 in cash in two Express Mail packages to "Brian Baker" at 410 Tarragon Way, in Atlanta, Georgia, 30331.  That is, on March 20, 2015, V3 mailed $5,000 via Express Mail tracking number EK206438651US and $3,000 on March 24, 2015 via Express Mail tracking number EK206440258US.  Prior to mailing the packages, V3 checked the box on the Express Mail labels that waived the necessity of getting a signature upon delivery.   U.S. Postal databases indicate that P. and L. Chin lived at 410 Tarragon Way in from May 2012 to April 2015.  Additionally, V3's handwritten notes of Moore's instructions for the mailings, which V3 said she wrote at the time she was being given the instructions, reflect the following:  Peter Chin – Brian Baker, 410 Tarragon Way, Atlanta, Georgia 30331.

## Victim 4

18.    In approximately August 2015, Victim 4 ("V4"), a then 78-year-old man who resided in Baden, Pennsylvania, received a series of telephone calls at his residence informing him that he had won $550,000 in cash, a $5.2 million cashier's check and a new car.  The caller identified himself as "Brian Wayne Anderson" and called from a number with an 876 prefix, which I understand to be associated with Jamaican telephone numbers.  Anderson said he was from Jamaica and was working for a company called American Gold Rush.  Anderson told V4 that he would have to send money to pay for taxes and custom fees in order to collect his winnings.

19.     At Anderson's direction, on or about October 7, 2015, V4 sent a Federal Express package containing a $34,900 cashier's check to P. Chin at 5857 Blacktop Way, in Fairburn, Georgia.   U.S. postal databases indicate that P. Chin and L. Chin resided at this address from April to November 2015.  Records indicate that this Federal Express package was delivered on October 8, 2015 at 5:11 p.m. and was signed for by P. Chin.  On October 9, 2015, the cashier's check was deposited into P. Chin's Woodforest National Bank checking account  -8158.  P. Chin is the sole signatory on this account.

20.     On October 13, 2015, funds from this account were used to purchase cashier's check number 159361 made payable to L. Chin in the amount of $15,500. Additionally, between October 10, 2015 and October 19, 2015, an individual identifying himself as and signing the name P. Chin, also made eight cash withdrawals totaling approximately $15,300.

21.     On October 13, 2015, the $15,500 cashier's check described in the preceding paragraph was deposited into L. Chin's SunTrust Money Market account -1079.  Thereafter, there were two cash withdrawals from this account: an $8,000 cash withdrawal on October 15, 2015 and a $7,500 cash withdrawal on October 16, 2015.  Bank records indicate that in both transactions, L. Chin's Georgia driver's license was provided as identification.

### Victim 5

22.     In approximately 2015, Victim 5 ("V5"), a then 82-year-old woman who resided in Saginaw, Michigan received a series of telephone calls at her residence.  At first the calls were from a man who identified himself as "Dave Sayer" from Publisher's Clearing House in New York.  Later V5 was contacted by another caller who said she was Sayer's secretary "Michelle".  Michelle told V5 that V5 had won a million dollars in a lottery but that she had to pay taxes on

the winnings prior to receiving the money.  V5 also received lottery documentation through the mail.

23. A third caller who identified himself as "Patrick Peterson" told V5 that he was the head of Publisher's Clearing House.  Peterson called V5 from an 876- prefix telephone number which is a prefix associated with Jamaican telephone numbers. At Peterson's direction, V5 mailed cash using U.S. Postal Service Express Mail on four occasions to "Jamal Rose" at 305 Amhurst Parkway, Atlanta, Georgia 30349 ("305 Amhurst").  U.S. Postal records indicate that P. and L. Chin have lived at this address since approximately December 2015.

24. Specifically, V5 sent the following four Express Mail packages to "Jamal Rose" at 305 Amhurst: 1) Express Mail tracking number EK606839236US on November 30, 2015; 2) Express Mail tracking number EK606839240US on December 2, 2015; 3) Express Mail tracking number EK606839267US on December 4, 2015; and 4) Express Mail tracking number EK606839298US on December 5, 2015.   In each mailing, V5 checked the box waiving the requirement that the recipient sign for the package. V5 said she was unsure how much money she sent to "Jamal Rose" but said she sent approximately $150,000 in total to individuals associated with the lottery.

## Victim 6

25. When Merelan was arrested on December 17, 2015, law enforcement also searched his West Hempstead, NY residence and his car, pursuant to federal search warrants.  During the search of Merelan's car, agents recovered an Express Mail package label addressed to Victim 6 ("V6"), in West Palm Beach, Florida, along with a U.S. Postal Service receipt from the West Hempstead, NY branch.

26.     When interviewed about the package, V6 explained that she had been repeatedly advised through phone calls and mailings, including from WIN, that she had won the lottery.  V6 estimated she had sent individuals associated with the lottery scheme about $650,000, using Money Gram, Western Union, and bank wires.

27.     Bank records show that on or about December 2, 2015, V6 wired $76,400 to a Wells Fargo bank account -1371 held by LW[3], of Hampton, Georgia. LW is the sole signatory on that account.  Thereafter, on December 3 and December 4, 2015, funds from LW's Wells Fargo account -1371 were used to purchase a $15,000 cashier's check payable to P. Chin and a $34,000 cashier's check payable to Merelan.   On December 4, 2015, the $15,000 cashier's check was cashed by an individual who signed the name P. Chin, and provided as identification a New York driver's license issued to P.Chin. This individual also provided a phone number: 404-661-9991.   AT&T records indicate that L. Chin is the subscriber for this phone.

28.     Bank records also show that on December 3, 2015, V6 wired $65,900 to Wells Fargo bank account -4468, which belonged to DVR. [4]  Open source research indicates that DVR is related to P. Chin's mother.  Thereafter, between December 4, 2015 and December 14, 2015, DVR purchased four cashier's checks, all made payable to P. Chin, in the amounts of $16,000, $8,880, $15,000, and $7,000, respectively, all of which were cashed by an individual who signed the name P. Chin. Additionally, records show that with respect to the $16,000 and $15,000 checks, the individual cashing the checks provided the same New York license issued to P. Chin and provided the same phone number subscribed to by L. Chin as described in paragraph 27.

---

[3] The identity of LW is known to law enforcement.
[4] The identity of DVR is known to law enforcement.

9

**Victim 7**

29.    In approximately 2015, Victim 7 ("V7"), a then 79-year-old woman who resided in Keizer, Oregon received a series of telephone calls at her home.  V7 was first contacted by a man who identified himself as "Robert Green," and who indicated that Green may have said he was associated with WIN.  Green told V7 that she had won $71 million but that she had to pay taxes on the lottery winnings prior to receiving the money.  V7 also received lottery documentation in the mail.   I believe that Green called V7 from Jamaica because of the 876- prefix on the calling number.  I understand that 876 is a prefix associated with Jamaican telephone numbers.

30.    Western Union records show that on November 2, 2015, V7 wired $758 via Western Union tracking number 2989342246 to "Reggie White" located in Atlanta, Georgia and the money was picked up in Fairburn, Georgia.  On November 5, 2015, V7 wired $200 via Western Union tracking number 9561228700 to "Reggie White" located in Atlanta, Georgia and the money was picked up in Fairburn, Georgia.  For both transactions, the address of payee "Reggie White" is listed as 410 Tarragon Way, Atlanta, which is the address U.S. Postal records indicate P. Chin and L. Chin resided at from May 2012 through April 2015.

31.    On December 7, 2015, V7 mailed an Express Mail package containing a $1,250 cashier's check payable to "Terrance Nealy" to 294 Coventry Road S, West Hempstead, NY 11552.  This is Merelan's address, and, as noted above, Merelan was arrested on December 17, 2015, on a complaint from the District of Massachusetts.

32.     For the next year and a half after Merelan's arrest, V7 continued to wire funds and send funds through Express Mail packages to individuals in the United States and in Jamaica.

33.    On May 12, 2017, V7 sent Express Mail tracking number EL423193818US to "Maurice Reid" at 305 Amhurst, the Chins' current residence.

34.     On June 1, 2017, V7 sent Express Mail tracking number EL549714301US to "Terrance Nealy" at 305 Amhurst.  As described in paragraph 32 above, on December 7, 2015, V7 had previously sent funds to "Terrance Nealy," but sent the package to Merelan's residence in West Hempstead, New York.   That in June 2017, about 1 ½ years later, V7 is directed to send payments to "Terrance Nealy" but to the Chin residence at 305 Amhurst, suggests that the Chins, Merelan, and others, known and unknown, are part of the same lottery fraud conspiracy and that it continues, despite Merelan's arrest in December 2015.

### Fraudulent Identification

35.     As noted, Merelan was arrested at his residence in New York on December 17, 2015.  Law enforcement also executed search warrants for the house and for Merelan's car. Among other things, law enforcement seized two U.S. Express Mail packages which contained about $4,000 in cash and 10 high quality fraudulent Illinois and Maryland driver's licenses, all bearing Merelan's photograph but with a variety of names.  The two packages bore the return address of 305 Amhurst, the Chin residence. Ten additional high quality fraudulent licenses, bearing Merelan's photo with a variety of names, were found in a safe located at Merelan's residence.

36.     A review of wire receipt images found on one of Merelan's phones (also seized) indicates that Merelan used the names on at least five of the licenses which were found in the safe to wire about $62,632 to Georgia and Jamaica between approximately February 2015 and August 2015.

### Money Transfer Services

37.     Records from money remittance businesses indicate that P. Chin and L. Chin sent and received funds using these services in their own names and variations of their own names

most frequently until approximately 2013, when it appears that the Chins (and Merelan) began using other names to transmit funds. That is, P. Chin sent and received funds using both Peter and Anthony Chin and L. Chin sent and received funds using the names Laquanda Chin and Laquanda Bray, her maiden name.

38.    Western Union and MoneyGram records show that P. Chin, using the name Peter or Anthony, wired funds totaling approximately $185,958 to individuals in the United States and Jamaica, over the period from March 2010 through June 2016.[5]  During roughly the same period, P. Chin received about $69,239 directed to Peter or Anthony Chin.  Similarly, L. Chin sent a total of about $83,561 by Western Union and MoneyGram from approximately February 2010 through July 2016.  Of that total, approximately $72,316 was wired out during the less-than-two-year period between April 2010 and November 2012, and most of that—$62,455—was wired to Jamaica.  L. Chin received a total of $34,868 in funds wired through Western Union and MoneyGram during the period of February 2010 through July 2016.

---

[5] It appears that third parties used the name Peter or Anthony Chin to transmit funds during at least part of this period because P. Chin was incarcerated on a gun charge from approximately December 2012 through August 2014.

**Conclusion**

39.      Based on the foregoing, there is probable cause to believe that Peter Chin has conspired with others known and unknown, to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349.

Sworn to under the pain and penalties of perjury,

_____
Special Agent Eric Mackin
ICE/HSI

Sworn and subscribed to before me this <u>20</u>th day of February, 2018.

_____
DAVID H. HENNESSY
Chief United States Magistrate Judge

13