JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** ___II___      **Investigating Agency** ICE/HSI, FBI, Postal

**City**   Taunton (and elsewhere)      **Related Case Information:**

**County**   Bristol (and elsewhere)

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   18-mj-4072-DHH
Search Warrant Case Number   18-MC-226, 230, 231 (ND/GA)
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   Peter Anthony Chin, Jr.      **Juvenile:**   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name** _____

**Address**   (City & State)   Atlanta, GA

**Birth date (Yr only):** 1984   **SSN (last4#):** 5725   **Sex** M   **Race:** black   **Nationality:** US

**Defense Counsel if known:**   Scott Lauer      **Address** 51 Sleeper Street, 5th Floor

**Bar Number** _____      Boston, MA 02210

**U.S. Attorney Information:**

**AUSA**   Sandra S. Bower      **Bar Number if applicable**   787700 (FL)

**Interpreter:**   ☐ Yes   ☑ No      List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**    02/22/2018 (ND/GA)

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   Magistrate Judge Hennessy   on   2/28/2018

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3-28-18      **Signature of AUSA:** *Sandra S. Bower*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Peter Anthony Chin Jr. _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to commit mail and wire fraud | 1 |
| Set 2 | 18 USC 981, 28 USC 2461 | Fofeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013